UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROYCE SIMPSON, | No. 2:14-cv-02515 DAD P |
| Plaintiff, | |
| v. | ORDER |
| RODERICK HICKMAN, et al., | |
| Defendants. | |

On October 24, 2014, defendants removed this action from the Sacramento County Superior Court. In light of the stipulation of the parties (see ECF No. 4), and good cause appearing, it is hereby ordered that defendants are granted an extension of time to November 24, 2014, to file a response to the complaint.

In this action, plaintiff, a state prisoner represented by counsel, alleges that he contracted Valley Fever while incarcerated at Pleasant Valley State Prison (PVSP). The complaint alleges a violation of plaintiff's rights under the Eighth Amendment, and negligence by the defendants, including former PVSP Acting Warden Roderick Hickman and others. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

/////

/////

1

1	Pursuant to Local Rule 120(f), a civil action may, on the court's own motion, be
2	transferred to the proper division of the court.  Therefore, this action will be transferred to the
3	Fresno Division of this court.
4	Good cause appearing, IT IS HEREBY ORDERED that:
5	1. Defendants shall, on or before November 24, 2014, file and serve their response to the
6	complaint.
7	2. This action is transferred to the United States District Court for the Eastern District of
8	California sitting in Fresno; and
9	3. All future filings shall reference the new Fresno case number assigned and shall be
10	filed at:

>	United States District Court
>	Eastern District of California
>	2500 Tulare Street
>	Fresno, CA 93721

13	Dated:  November 7, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
simp2515.stip+22

2