# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROYCE SIMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODERICK HICKMAN, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-01763-SAB<br>New Case No.  1:14-cv-01763-LJO-SAB<br><br>ORDER RELATING ACTION AND ASSIGNING TO DOCKET OF DISTRICT JUDGE LAWRENCE J. O'NEILL<br><br>ORDER DIRECTING THE CLERK TO ISSUE INITIAL CASE DOCUMENTS |

　　　　After being removed from Sacramento County Superior Court, this action was transferred to the Fresno Division of the Eastern District of California on November 10, 2014.  The complaint generally alleges that the defendants were deliberately indifferent by housing Plaintiff at Pleasant Valley State Prison due to the prevalence of Valley Fever in the area.

　　　　A series of similar actions have been related and consolidated.  Review of this action reveals that it is related under Local Rule 123 to the actions entitled <u>Jackson, et al. v. State of California, et al.</u>, 1:13-cv-01055-LJO-SAB; and <u>Smith, et al. v. Schwarzeneggar, et al.</u>, 1:14-cv-00060-LJO-SAB.  The actions are based on the same underlying facts and involve overlapping questions of law and fact.

　　　　While this action is a prisoner case involving conditions of confinement, since Plaintiff is represented by counsel it shall proceed as a regular civil case.  Therefore, the Court shall direct

the Clerk's Office to issue the initial case documents for a regular civil action and set a mandatory scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with cases 1:13-cv-01055-LJO-SAB and 1:14-cv-00060-LJO-SAB;

2. This case shall be assigned to the docket of District Judge Lawrence J. O'Neill;

3. The Clerk's Office is directed to issue new case documents for a regular civil case and set a mandatory scheduling conference;

4. The new case number shall be:

   1:14-cv-0763-LJO-SAB

   and all future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:   **November 12, 2014**

UNITED STATES MAGISTRATE JUDGE