IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON ROYCE SIMPSON,** | Case No. 1:14-cv-01763-LJO-SAB |
| Plaintiff, | **ORDER** |
| v. | |
| **RODERICK HICKMAN, et al.,** | |
| Defendants. | |

In light of the stipulation of the parties, and good cause appearing, it is ordered that Defendants are granted an extension of time to file a response to the complaint by January 9, 2015.

IT IS SO ORDERED.

Dated:   **November 21, 2014**

UNITED STATES MAGISTRATE JUDGE