UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROYCE SIMPSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RODERICK HICKMAN, et al.,<br><br>　　　　Defendants. | **CASE NO. 1:14-CV-01763-LJO-SAB**<br><br>**ORDER TO DISMISS RODERICK HICKMAN AS DEFENDANT (Doc. 13)** |

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Doc. 13, this Court DISMISSES without prejudice all claims against Defendant Roderick Hickman.[1] The Clerk of Court is directed to terminate Roderick Hickman as a defendant.

**SO ORDERED**
**Dated: January 8, 2015**

　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**

---

[1] The Complaint names "Roderick Hickman" as a defendant. Doc. 2. The Caption of the notice of voluntary dismissal also references "Roderick Hickman." Doc. 13. However, the text of the notice of voluntary dismissal names "Robert Hickman." *Id*. The Court assumes these are references to the same individual and therefore orders the dismissal of Roderick Hickman, as there is no Robert Hickman on the docket.