# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROYCE SIMPSON, | CASE NO. 1:14-CV-01763-LJO-SAB |
| Plaintiff, | |
| v. | ORDER TO DISMISS (Doc. 15) |
| RODERICK HICKMAN, et al., | |
| Defendants. | |

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Doc. 15, this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated: January 13, 2015**

                                      /s/ Lawrence J. O'Neill
                                      **United States District Judge**